

# THE THIRTEENTH COURT OF APPEALS

13-13-00703-CV

Shelly Salazar
v.
Beneficial Financial 1 Inc., Successor by Merger to Beneficial Texas Inc, its Successors
and Assigns

On Appeal from the
94th District Court of Nueces County, Texas
Trial Cause No. 2013-DCV-3325-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of jurisdiction. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. Costs of the appeal are adjudged against appellant, although she is exempt from payment due to her affidavit of inability to pay costs.

We further order this decision certified below for observance.

March 6, 2014